UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON ZAROUR,

                        Plaintiff,

                -against-

U.S. BANK, N.A., et al.,

                        Defendants.

21-CV-2928 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By letter dated September 14, 2021, Plaintiff requested an extension of time to file his

amended complaint. (ECF 6.) He requested 30 additional days, commencing on a date after

September 26, 2021. The Court grants Plaintiff's request. He must file his amended complaint by

October 29, 2021.

SO ORDERED.

 Dated:    September 24, 2021
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge